Form ntchrgbk

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

Case No.: 18−21762−RG
Chapter: 13
Judge: Rosemary Gambardella

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Michael S Weston
   11 Camelot Way
   Parsippany, NJ 07054

Social Security No.:
   xxx−xx−6285

Employer's Tax I.D. No.:

## NOTICE OF HEARING

PLEASE TAKE NOTICE that a hearing will be held at

Courtroom 3E, Martin Luther King, Jr. Federal Building, 50 Walnut Street, 3rd Floor, Newark, NJ 07102

on 3/20/19 at 10:00 AM

to consider and act upon the following:

*23* − Limited Objection to Debtor(s) Attorney's Application for Compensation (related document:22 Supplemental Application for Compensation for Scott D. Sherman, Debtor's Attorney, period: 1/11/2019 to 2/5/2019, fee: $400.00, expenses: $0.00. Filed by Scott D. Sherman. Objection deadline is 2/15/2019. (Attachments: # 1 Certificate of Service # 2 Proposed Order) filed by Debtor Michael S Weston) filed by Marie−Ann Greenberg on behalf of Marie−Ann Greenberg. (Attachments: # 1 Certificate of Service Attached) (Greenberg, Marie−Ann)

Dated: 2/14/19

Jeanne Naughton
Clerk, U.S. Bankruptcy Court