UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY
_____

**Caption in Compliance with D.N.J. LBR 9004-2(c)**
47985
Morton & Craig LLC
John R. Morton, Jr., Esq.
110 Marter Avenue
Suite 301
Moorestown, NJ 08057
856-866-0100
Attorney for Ford Motor Credit Company LLC,
servicer for CAB EAST LLC

In Re:

MICHAEL S. WESTON

Order Filed on March 25, 2019
by Clerk
U.S. Bankruptcy Court
District of New Jersey

Case No.: 18-21762

Adv. No.:

Hearing Date: 2-5-19

Judge: RG

# ORDER FOR MONTHLY PAYMENTS AND STAY RELIEF UNDER CERTAIN CIRCUMSTANCES

The relief set forth on the following pages, numbered two (2) is hereby **ORDERED**.

**DATED: March 25, 2019**

Honorable Kathryn C. Ferguson
United States Bankruptcy Judge

Michael S. Weston
18-21762(RG)
Order Providing for Monthly Payments for Stay Relief under Certain Circumstances
Page 2


This matter having been brought on before this Court on motion for stay relief and co-debtor stay relief filed by John R. Morton, Jr., Esq, attorney for Ford Motor Credit Company LLC, servicer for CAB EAST LLC, with the appearance of Scott Sherman, Esq. on behalf of the debtor, and this order having been filed with the Court and served upon the debtor, his attorney and the non-filing co-debtor Weston Information Systems, Inc. under the seven day rule with no objections having been received as to the form or entry of the order, and for good cause shown;

IT IS ORDERED:

1. That Ford Motor Credit Company LLC is the servicer for CAB EAST LLC, the owner and lessor of a 2017 Ford Mustang bearing vehicle identification number 1FATP8UH3H5262574 (hereinafter the "vehicle"), which vehicle is leased by the debtor and non-filing co-debtor, Weston Information Systems Inc..

2. The debtor shall make all lease payments to Ford Motor Credit Company LLC, servicer for CAB EAST LLC when due, being the 17th day of each month. In the event the debtor fails to make any payment for a period of 30 days after it falls due, Ford Motor Credit Company LLC, servicer for CAB EAST LLC shall receive stay relief to repossess and sell the vehicle by filing a certification of nonpayment and serving it upon the debtor, his attorney and the non-filing co-debtor.

3. The debtor shall maintain insurance on the vehicle in accordance with the terms of the lease. In the event of a lapse of insurance for any period of time without intervening coverage, Ford Motor Credit Company LLC, servicer for CAB EAST LLC shall receive stay relief to repossess and sell the vehicle by filing a certification that insurance has lapsed with the court and serving it upon the debtor, his attorney and the non-filing co-debtor.

4. The debtors shall pay to Ford Motor Credit Company LLC, servicer for CAB EAST LLC through the plan, a counsel fee of $506 which shall be paid by the trustee as an administrative priority expense.

5. At the end of the lease, if the debtor has not immediately purchased the vehicle in accordance with the lease end purchase option, Ford Motor Credit Company LLC, servicer for CAB EAST LLC <u>shall receive immediate stay relief and co-debtor stay relief as to the non-filing co-debtor, Weston Information Systems Inc. without any application to the Court or notice to the debtor or his attorney or the non-filing co-debtor and shall be permitted to immediately repossess and sell the vehicle.</u>