| | |
|---|---|
| **UNITED STATES BANKRUPTCY COURT**<br>**DISTRICT OF NEW JERSEY**<br><br>Marie-Ann Greenberg, MAG-1284<br>Marie-Ann Greenberg, Standing Trustee<br>30 TWO BRIDGES ROAD<br>SUITE 330<br>FAIRFIELD, NJ  07004-1550<br>973-227-2840<br>Chapter 13 Standing Trustee | Order Filed on May 17, 2019<br>by Clerk<br>U.S. Bankruptcy Court<br>District of New Jersey |
| IN RE:<br><br>    MICHAEL S WESTON | Case No.:  18-21762 RG<br><br>Hearing Date:  5/15/2019 |

### INTERIM ORDER ON TRUSTEE'S CERTIFICATION OF DEFAULT

The relief set forth on the following page, numbered two (2), is hereby **ORDERED**.

DATED: May 17, 2019

_____
**Honorable Vincent F. Papalia**
**United States Bankruptcy Judge**

Debtor(s): MICHAEL S WESTON

Case No.: 18-21762

Caption of Order: INTERIM ORDER ON TRUSTEE'S CERTIFICATION OF DEFAULT

---

THIS MATTER having come before the Court on 05/15/2019 on notice to SCOTT D. SHERMAN ESQ, and to the Debtor(s) herein, and good sufficient cause having been shown, it is:

- ORDERED, that the Debtor(s) must become current with payments to the Trustee's office by 5/31/2019 or the case will be dismissed; and it is further

- ORDERED, that the Trustee's Certification of Default will be adjourned to 6/5/2019 at 10:00 a.m.

United States Bankruptcy Court
District of New Jersey

In re:  
Michael S Weston  
      Debtor

Case No. 18-21762-RG  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0312-2      User: admin      Page 1 of 1      Date Rcvd: May 17, 2019  
                   Form ID: pdf903      Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on May 19, 2019.  
db         +Michael S Weston,    11 Camelot Way,    Parsippany, NJ 07054-1407

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.                                                                                                                                             TOTAL: 0

           ***** BYPASSED RECIPIENTS *****  
NONE.                                                                                                                                                TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 19, 2019                                                        Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on May 17, 2019 at the address(es) listed below:

            Aleisha Candace Jennings    on behalf of Creditor    HSBC BANK USA, NATIONAL ASSOCIATION AS TRUSTEE FOR NOMURA ASSET ACCEPTANCE CORPORATION, ALTERNATIVE LOAN TRUST, SERIES 2007-2 ajennings@rasflaw.com  
            John R. Morton, Jr.    on behalf of Creditor    Ford Motor Credit Company, LLC, servicer for CAB EAST LLC ecfmail@mortoncraig.com, mortoncraigecf@gmail.com  
            Laura M. Egerman    on behalf of Creditor    HSBC BANK USA, NATIONAL ASSOCIATION AS TRUSTEE FOR NOMURA ASSET ACCEPTANCE CORPORATION, ALTERNATIVE LOAN TRUST, SERIES 2007-2 bkyecf@rasflaw.com, bkyecf@rasflaw.com;legerman@rasnj.com  
            Marie-Ann Greenberg    magecf@magtrustee.com  
            Rebecca Ann Solarz    on behalf of Creditor    U.S. Bank National Association, not in its individual capacity but solely as Trustee of SW REMIC Trust 2014-2 rsolarz@kmllawgroup.com  
            Scott D. Sherman    on behalf of Debtor Michael S Weston ssherman@minionsherman.com  
            Sindi  Mncina    on behalf of Creditor    HSBC BANK USA, NATIONAL ASSOCIATION AS TRUSTEE FOR NOMURA ASSET ACCEPTANCE CORPORATION, ALTERNATIVE LOAN TRUST, SERIES 2007-2 smncina@rascrane.com  
            Sindi  Mncina    on behalf of Trustee Marie-Ann  Greenberg smncina@rascrane.com  
            U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov  
                                                                                                                               TOTAL: 9