**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW JERSEY**

Marie-Ann Greenberg, MAG-1284
Marie-Ann Greenberg, Standing Trustee
30 TWO BRIDGES ROAD
SUITE 330
FAIRFIELD, NJ  07004-1550
973-227-2840
Chapter 13 Standing Trustee



Order Filed on August 8, 2019
by Clerk
U.S. Bankruptcy Court
District of New Jersey

IN RE:

   MICHAEL S WESTON

Case No.:  18-21762 RG

Hearing Date:  8/7/2019

## ORDER PERMITTING DEBTOR TO CURE ARREARAGES TO TRUSTEE

The relief set forth on the following page, numbered two (2), is hereby **ORDERED**.

**DATED: August 8, 2019**

Honorable Rosemary Gambardella
United States Bankruptcy Judge

Debtor(s):  MICHAEL S WESTON

Case No.:  18-21762

Caption of Order: ORDER PERMITTING DEBTOR TO CURE ARREARAGES TO TRUSTEE

---

THIS MATTER having come before the Court on 08/07/2019 on notice to SCOTT D. SHERMAN ESQ, and to the Debtor(s) herein, and good sufficient cause having been shown, it is:

- ORDERED, that the Debtor(s) are to pay $1,979.00 to the Trustee's office by 8/14/2019 or the case will be dismissed; and it is further

- ORDERED, that the Debtor(s) are to resume payments to the Trustee's office in the amount of $2,130.00 starting on 9/1/2019 for the remaining 46 month(s).