| |
|---|
| **UNITED STATES BANKRUPTCY COURT**<br>**DISTRICT OF NEW JERSEY**<br>Marie-Ann Greenberg, MAG-1284<br>Marie-Ann Greenberg, Standing Trustee<br>30 TWO BRIDGES ROAD<br>SUITE 330<br>FAIRFIELD, NJ  07004-1550<br>973-227-2840<br>Chapter 13 Standing Trustee |
| IN RE:<br><br>    MICHAEL S WESTON |

Order Filed on December 19, 2019
by Clerk
U.S. Bankruptcy Court
District of New Jersey

Case No.:  18-21762 RG

Hearing Date:  12/18/2019

## ORDER PERMITTING DEBTOR TO CURE ARREARAGES TO TRUSTEE

The relief set forth on the following page, numbered two (2), is hereby **ORDERED**.

**DATED: December 19, 2019**

*Rosemary Gambardella*
Honorable Rosemary Gambardella
United States Bankruptcy Judge

Debtor(s):  MICHAEL S WESTON

Case No.:  18-21762

Caption of Order: ORDER PERMITTING DEBTOR TO CURE ARREARAGES TO TRUSTEE

---

THIS MATTER having come before the Court on 12/18/2019 on notice to SCOTT D. SHERMAN ESQ, and to the Debtor(s) herein, and good sufficient cause having been shown, it is:

- ORDERED, that the Debtor(s) are to resume payments to the Trustee's office in the amount of $2,198.00 starting on 1/1/2020 for the remaining 42 month(s); and it is further

- ORDERED, that in the event that the $2,148.00 e-payment made on 12/17/2019 is reversed, the case will be dismissed upon the Trustee submitting a dismissal order without further hearings or notice to debtor or debtor's attorney.